# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:13-cr-018-6 |
| Grant Michael Grensteiner, | ) | |
| | ) | |
| Defendant. | ) | |

On December 5, 2013, the court convened a hearing on the petition for action defendant's pretrial release conditions. Special Assistant United States Attorney Julie Lawyer appeared on the Government's behalf. Attorney Thomas Tuntland appeared on defendant's behalf.

For the reasons articulated on the record, the court **QUASHES** the arrest warrant issued for defendant and releases defendant subject to his existing pretrial release conditions.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
