# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Manuel Martell, | ) | Case No. 1:13-cr-018 |
| | ) | |
| Defendant. | ) | |

On February 26, 2014, the court issued an order for defendant's temporary release so that defendant could make arrangements for his 18-month old child. On February 27, 2014, the United States Marshal's office advised the court that, on February 26, 2014, at approximately 9:30 p.m., Carrington police officers responding to a domestic disturbance call had arrested defendant and were holding him on outstanding warrants out of Burleigh County.

Given defendant's current circumstances, the court on its own motion **QUASHES** its February 26, 2014, order for defendant's temporary release.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2014.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court